NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DOUGLAS DYNAMICS, LLC,**
*Plaintiff-Appellant,*

v.

**BUYERS PRODUCTS COMPANY,**
*Defendant-Appellee.*

---

2011-1291

---

Appeal from the United States District Court for the Western District of Wisconsin in case no. 09-CV-0261, Judge William M. Conley.

---

## ON MOTION

---

## ORDER

The parties move jointly to deactivate this appeal pending the district court's disposition of a motion for sanctions.

Upon consideration thereof,

IT IS ORDERED THAT:

DOUGLAS DYNAMICS v. BUYERS PRODUCTS 2

The motion is granted to the extent that the briefing schedule is stayed. The parties are directed to inform the court within 14 days of the disposition of the pending motion concerning how they believe that this appeal should proceed.

FOR THE COURT

__MAY 1 6 2011__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Aaron T. Olejniczak, Esq.
    Todd R. Tucker, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 1 6 2011

JAN HORBALY
CLERK